**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

                                                               Case Number 21-21000-AJC

CARLA GONZALEZ VARELA           Chapter 7

     Debtor.

_____/

## DEBTOR'S MOTION TO REDEEM COLLATERAL OF SYNCHRONY BANK/BRANDSMART

Debtor, **CARLA GONZALEZ VARELA**, by and through undersigned counsel, pursuant to 11 U.S.C. § 722 and Rule 6008 of the Federal Rules of Bankruptcy Procedure, files this *Motion to Redeem Collateral of Synchrony Bank/Brandsmart,* and avers:

1. The Debtor filed this case as a Chapter 7 on November 19, 2021.

2. The Trustee conducted the meeting of creditors on December 21, 2021.

3. Synchrony Bank/Brandsmart holds a lien against the Debtor's appliances, which consists of 1 Refrigerator, 1 Stive and 1 Microwave (the "Appliances"), account number ending in 8856. The secured debt at the time this case was filed was $5,056.00.

4. The Debtor believes that the Appliances are in fair condition and the replacement value of the Appliances is $1,000.00. Synchrony Bank/Brandsmart's lien in the collateral is well in excess of the replacement value of the Appliances.

5. The Debtor seeks an order allowing the redemption of the Appliances for the replacement value of $1,000.00 pursuant to 11 U.S.C. § 722. The Debtor will tender that sum to Synchrony Bank/Brandsmart within 30 days of entry of an order granting this motion in exchange for a satisfaction of its lien rights. During which time, Synchrony Bank/Brandsmart may not seek replevin of the Appliances.

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via CM/ECF to the Chapter 7 Trustee and the Office of the United States Trustee, on December 28, 2021 and via US Mail to all parties listed below.

- Synchrony Bank/Brandsmart, POB 965036, Orlando, FL 32896
- Synchrony Bank, Attn: Brian Doubles – CEO and President, 170 West Election Road, Suite 125, Draper, UT 84020 *via Certified Mail*
- Synchrony Bank/Brandsmart, POB 965060, Orlando, FL 32896
- Synchrony Bank c/o PRA Receivables Management, LLC., POB 41021, Norfolk, VA 23541

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
X  Jessica L. McMaken, Esq., FBN 580163